JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILOS PRODUCT TANKER CORPORATION,<br><br>                      Plaintiff,<br><br>  vs.<br><br>VALERO MARKETING AND SUPPLY COMPANY and DOES 1 to 10,<br><br>                    Defendants. | Case No. 2:22-cv-01545-CAS (Ex)<br><br>**JUDGMENT**<br><br><u>Hearing</u><br>Date:  May 22, 2023<br>Time:  10:00 a.m.<br>Place:  First Street U.S. Courthouse, 8D<br>Judge:  Hon. Christina A. Snyder |

     Plaintiff Milos Product Tanker Corporation and Defendant Valero Marketing and Supply Company filed cross motions for summary judgment, which came on for hearing on May 22, 2023. The Court grants summary judgment in favor of Plaintiff and against Defendant. Accordingly, judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $1,054,456.74.

     IT IS SO ORDERED

Dated: June 28, 2023

*/s/ Christina A. Snyder*
_____
The Honorable Christina A. Snyder
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

141517.06563/131014750v.1 1
**[PROPOSED] ORDER**