# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILOS PRODUCT TANKER,<br><br>    Plaintiff,<br><br>vs.<br><br>VALERO MARKETING AND SUPPLY COMPANY and DOES 1 to 10,<br><br>    Defendant. | Case No. 2:22-cv-01545-CAS-Ex<br><br>[Assigned to the Hon. Christina A. Snyder]<br><br>**FINAL JUDGMENT** |

In accordance with the Court's October 27, 2025 Order granting summary judgment in favor of defendant and denying plaintiff's competing motion for summary judgment, the Court has resolved all of the claims pending in this action.

IT IS THEREFORE HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case in favor of defendant Valero Marketing and Supply Company and against plaintiff Milos Product Tanker Corporation. Pursuant to agreement, each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATE: December 2, 2025

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge

141517.06563/152190916v.1